UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number:    **03-80295
CIV-MIDDLEBROOKS**

EMARKETERSAMERICA.ORG, INC.,
A Florida Non Profit Corporation,

    Plaintiff,

vs.

MAGISTRATE JUDGE
JOHNSON

THE SPAMHAUS PROJECT d/b/a
SPAMHAUS.ORG, et. al.,

    Defendants.
_____/

**SUMMONS IN A CIVIL CASE**

TO:   STEVE LINFORD
       c/o UltraDesign Technology Ltd.
       The Phoenix
       Taggs Island
       Hampton Court
       United Kingdom   TW12 2HA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY,

FELSTEIN & ASSOCIATES, P.A.
Attorneys for EMarketersAmerica.org, Inc.
555 South Federal Highway, Suite 450
Boca Raton, Florida 33432
(561) 367-7990 Phone
(561) 367-7980 Facsimile

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox

_____    APR 1 4 2003
CLERK    _____
                                                                    DATE

_____
(BY) DEPUTY CLERK

