UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number:

EMARKETERSAMERICA.ORG, INC.,
A Florida Non Profit Corporation,

    Plaintiff,

vs.

THE SPAMHAUS PROJECT d/b/a
SPAMHAUS.ORG, et. al.,

    Defendants.
_____/

**03-80295**
**CIV-MIDDLEBROOKS**
MAGISTRATE JUDGE
JOHNSON

## SUMMONS IN A CIVIL CASE

TO:    THE SPAMHAUS PROJECT d/b/a
    SPAMHAUS.ORG
    STEVEN LINFORD, OWNER
    The Phoenix
    Taggs Island
    Hampton Court
    United Kingdom   TW12 2HA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY,

FELSTEIN & ASSOCIATES, P.A.
Attorneys for EMarketersAmerica.org, Inc.
555 South Federal Highway, Suite 450
Boca Raton, Florida 33432
(561) 367-7990 Phone
(561) 367-7980 Facsimile

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox

CLERK _____    APR 1 4 2003
                                                                        DATE
(BY) DEPUTY CLERK

