AO 440 (Rev. 10/2002) Summons in a Civil Case (Reverse)

03-80295 CIV DMM

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me [1] | DATE  22 APRIL 2003 |
|---|---|
| NAME OF SERVER (PRINT) JOHN FREDERICK TALBOT | TITLE  PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: The PHOENIX HOUSE BOAT, TAGGS ISLAND, HAMPTON COURT, TW12 2HA, ENGLAND

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  23 APRIL 2003
　　　　　　　Date

Signature of Server

Address of Server: TALBOT HOUSE, SULHAMSTEAD, RG7 4DG, ENGLAND

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.





UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number:

# 03-80295
# CIV-MIDDLEBROOKS

EMARKETERSAMERICA.ORG, INC.,
A Florida Non Profit Corporation,

    Plaintiff,

vs.

THE SPAMHAUS PROJECT d/b/a
SPAMHAUS.ORG, et. al.,

    Defendants.
_____/

MAGISTRATE JUDGE
JOHNSON

FILED  17 APRIL 2003
SERVED  S. LINFORD
DATE  22 April '03  TIME  4 pm
BY  JOHN F. TALBOT
(Print / Sign Name)
CERTIFIED IN THE CIRCUIT COURT OR
JUDICIAL CIRCUIT CERT. # _____

SUMMONS IN A CIVIL CASE

TO:     STEVE LINFORD
          c/o UltraDesign Technology Ltd.
          The Phoenix
          Taggs Island
          Hampton Court
          United Kingdom   TW12 2HA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY,

FELSTEIN & ASSOCIATES, P.A.
Attorneys for EMarketersAmerica.org, Inc.
555 South Federal Highway, Suite 450
Boca Raton, Florida 33432
(561) 367-7990 Phone
(561) 367-7980 Facsimile

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox                           APR 1 4 2003

CLERK                                                                    DATE

(BY) DEPUTY CLERK