AFFIDAVIT OF SPECIAL PROCESS SERVER

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 03-80295 DMM

EMARKETERSAMERICA.ORG, INC.
A Florida Non Profit Corporation,
    Plaintiff,

v.

THE SPAMHAUS PROJECT d/b/a
SPAMHAUS.ORG, et al.,
    Defendant(s).
_____/



**TERRENCE P. ZIEMANN** states:

1. That he is a citizen of the United States of America and the State of Illinois, above the age of eighteen years, not a party to the above action and in no way interested therein.

2. That he served a copy of the **CIVIL CASE SUMMONS and COMPLAINT** issued in this matter on:

    **ADAM BROWER d/b/a THE HERMES GROUP d/b/a SPEWS.ORG**
    **1111 5TH STREET**
    **MENDOTTA, IL 60559**

By leaving a copy thereof with said Defendant, **ADAM BROWER, on MAY 6, 2003.**

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

The Sex, Race and Approximate Description of the person with whom he left the documents are as follows:

| | | | | | |
|---|---|---|---|---|---|
| Sex: | **MALE** | Height: | **5'9"** | Weight: | **150 lbs.** |
| Race: | **WHITE** | Age: | **150** | Hair: | **BLACK/GRAY** |

Other Features:   **NONE**

The time and place the documents were served are as follows:

Place:   **1111 5TH STREET**
          **MENDOTTA, IL 61342**

Time:   **9:00 P.M.**

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

## CERTIFICATION

I certify under penalty of perjury under the laws of the United States for the foregoing is true and correct.

Executed on   **MAY 8, 2003.**

                                                       Illinois Process Service, Inc.

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number:

**03-80295**

EMARKETERSAMERICA.ORG, INC.,
A Florida Non Profit Corporation,

    Plaintiff,

vs.

THE SPAMHAUS PROJECT d/b/a
SPAMHAUS.ORG, et. al.,

    Defendants.
_____/

**CIV-MIDDLEBROOKS**

MAGISTRATE JUDGE
JOHNSON

REC'D _____
SERVED _____
DATE _____ TIME _____
PS _____
(Print / Sign Name)
CERTIFIED IN THE CIRCUIT COURT OF
JUDICIAL CIRCUIT CERT. # _____

### SUMMONS IN A CIVIL CASE

TO: ADAM BROWER d/b/a THE HERMES GROUP d/b/a SPEWS.ORG
1111 5th Street, Mendotta, IL 61342 or 504A E Ogden Avenue, Suite 236;
Westmont, IL 60559  *Plz serve on 4-23*

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY,

FELSTEIN & ASSOCIATES, P.A.
Attorneys for EMarketersAmerica.org, Inc.
555 South Federal Highway, Suite 450
Boca Raton, Florida 33432
(561) 367-7990 Phone
(561) 367-7980 Facsimile

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox

CLERK _____      APR 1 4 2003
                                                DATE
(BY) DEPUTY CLERK

CAPLAN & CAPLAN
831 E. _____
FT. LAUDERDALE, FL 33301
PH (954) _____

1039487

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

    G    Served personally upon the defendant. Place where served: _____

    G    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

          Name of person with whom the summons and complaint were left: _____

    G    Returned unexecuted: _____

    G    Other (*specify*): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                Date                           Signature of Server

                                                                               Address of Server

(1)        As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.