UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NUMBER: 03-80295 CIV – MIDDLEBROOKS/JOHNSON

EMARKETERSAMERICA.ORG, INC.,
A Florida Non Profit Corporation,

    Plaintiff,

vs.

SPEWS.ORG d/b/a THE HERMES GROUP, et al.,

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, EMARKETERSAMERICA.ORG, INC., a Florida Non Profit Corporation, by and through its undersigned Counsel, hereby files its Notice of Voluntary Dismissal with Prejudice in the above styled action.

WHEREFORE, Plaintiff, EMARKETERSAMERICA.ORG, INC., has filed its Notice of Voluntary Dismissal with Prejudice.

### CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of September, 2003, a true and correct copy of the foregoing was sent as follows: via facsimile 305-810-1610 and Regular U.S. Mail to Samuel A. Danon, Esq., Hunton Williams, LLP, 1111 Brickell Avenue, Suite 2500, Miami, FL 33131 and via facsimile and Regular U.S. Mail to Paul F. Wellborn, III, Esq., Wellborn & Butler, LLC, 1372 Peachtree Street, N.E., Suite 204, Atlanta, GA 30309.

FELSTEIN & ASSOCIATES, P.A.
555 South Federal Highway, Suite 450
Boca Raton, Florida 33432
(561) 367-7990 Phone
(561) 367-7980 Facsimile

BY _____
Mark E. Felstein, Esq.
FBN: 192139